IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No.: 7:19-CV-00007-D

| | |
|---|---|
| MARCUS WYNN FAULKNER,                )<br>                                                                )<br>                        Plaintiff,        )<br>                                                                )     **NOTICE OF VOLUNTARY DISMISSAL**<br>        v.                                                  )     **WITH PREJUDICE**<br>                                                                )<br>GEORGE BATHGATE and WESTERN  )<br>HIWAYS, INC.,                                     )<br>                                                                )<br>                        Defendants.   )<br>                                                                ) | |

Plaintiff gives notice of voluntary dismissal as to the Defendants in this matter, with prejudice pursuant to the Federal Rules of Civil Procedure.

This the 17th day of May, 2019.

**WHITLEY LAW FIRM**

By: /s/Ann C. Ochsner
Ann C. Ochsner
State Bar # 43108
3301 Benson Drive, Suite 120
Raleigh, NC 27609
Telephone: (919) 785-5000
Facsimile: (919) 785-3729
aco@whitleylawfirm.com